AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USA )
Plaintiff )
v. ) Case No. S2 15 CR 25
Efrain Antonio )
Campo Flores )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_[handwritten]_ will be lead ct'l but my partner John Zully will be appearing me & he is so authorized

Date: 11/12/15

Attorney's signature

Printed name and bar number
Fla 018335

NY # 1413915

200 S. Biscayne Blvd
Address
4th Floor
Miami FL 33131

E-mail address
Richard.Klugh@...

305-577-7040
Telephone number

305-577-7001
FAX number

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____