UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

EFRAIN ANTONIO CAMPO FLORES and
FRANQUI FRANCISCO FLORES DE FREITAS

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF CASE

NOTICE OF APPEARANCE AND
REQUEST FOR ELECTRONIC
NOTIFICATION

15 Cr. 765 (PAC)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by: /s/ Matthew Laroche
    Matthew Laroche
    Assistant United States Attorney
    (212) 637-2420