

Squire Patton Boggs (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, Florida  33131

O   +1 305 577 7000
F   +1 305 577 7001
squirepattonboggs.com

John J. Reilly
+1 212 872 9865
john.reilly@squirepb.com

December 16, 2015

Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:  USA v. Campo Flores et al**
      **Case No. 1:15-cr-00765-PAC**

Honorable Sir:

At the request of our client Efrain Antonio Campo Flores, and after considerable consultation yesterday and today with our client, our client has requested our withdrawal as his counsel in this case and seeks the appointment of a court-appointed attorney.  We believe this request is in our client's best interests.  We have notified the prosecutor in our case, Emil Bove, as to the filing and content of this letter.

This request will cause no unnecessary delay in the proceedings as a discovery schedule, motion or trial date has not been set.  The client and we request that CJA Counsel be appointed at the hearing set for tomorrow, Thursday, December 17, 2015 at 11:00 A.M., and that our firm be discharged and excused from any further appearance on behalf of Mr. Campo Flores.

We await Your Honor's instruction on this request.

Respectfully submitted,

Squire Patton Boggs (US) LLP


By:  */s/ John J. Reilly*              By:  */s/ Rebekah J. Poston*
     John J. Reilly                          Rebekah J. Poston
                                             Pro Hac Vice


cc:  Emil Joseph Bove, III, U.S. Department of Justice (emil.bove@usdoj.gov)
     Matthew Laroche, U.S. Department of Justice (matthew.laroche@usdoj.gov)
     Brendan Francis Quigley, U.S. Department of Justice (brendan.quigley@usdoj.gov)
     Jonathan Marvinny, Federal Defenders of New York, Inc.(jonathan_marvinny@fd.org)
     Vincent M. Southerland, Federal Defenders of New York, Inc. (vincent_southerland@fd.org)
     Marlon Ovalles, Courtroom Deputy (Marlon_Ovalles@nysd.uscourts.gov)