```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 17, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        1: (S2) 15 Cr. 00765 - 1 (PAC)
        APPOINTMENT OF COUNSEL
        ORDER

        -against-

EFRAIN ANTONIO CAMPO FLORES,

        Defendant.
-------------------------------------------------------X

        HONORABLE PAUL A. CROTTY, United States District Judge:

        The C.J.A Attorney assigned to receive cases on Thursday, December 17, 2015, Kafahni Nkrumah, is hereby appointed to represent the defendant in the above captioned matter. The Court relieved Mr. Reilly and Ms. Poston as counsel. The Clerk of Court is directed update the docket accordingly.

Dated: New York, New York
       December 17, 2015

                                    SO ORDERED

                                    *[signature]*
                                    PAUL A. CROTTY
                                    United States District Judge