```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                   :
                                                Docket #15cr765
 UNITED STATES,                          :
                    Plaintiff,
                                         :
   - against -
                                         :
 CAMPO FLORES, et al.,                          New York, New York
                                         :      November 12, 2015
                    Defendants.
-------------------------------------- :


                         PROCEEDINGS BEFORE
                   THE HONORABLE JAMES L. COTT,
             UNITED STATES DISTRICT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:                 UNITED STATES ATTORNEY OFFICE
                               SOUTHERN DISTRICT OF NEW YORK
                               BY:  BRENDAN QUIGLEY, ESQ.
                                    EMIL BOVE, ESQ.
                               One Saint Andrew's Plaza
                               New York, New York 10007

For Defendant Campo Flores:    SQUIRE PATTON BOGGS L.L.P.
                               BY:  JOHN J. REILLY, ESQ.
                                    REBEKAH J. POSTON, ESQ.
                               30 Rockefeller Plaza
                               New York, New York 10112

For Defendant Dafritas:        FEDERAL DEFENDERS OF NEW YORK
                               BY:  VINCENT SOUTHERLAND, ESQ.
                               52 Duane Street, 10th Floor
                               New York, New York 10007

INTERPRETER PRESENT

Transcription Service:  Carole Ludwig, Transcription Services
                        141 East Third Street #3E
                        New York, New York 10009
                        Phone:  (212) 420-0771
                        Fax:  (212) 420-6007

Proceedings conducted recorded by electronic sound recording;
Transcript produced by transcription service
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                        PROCEEDINGS                      3
 2              THE COURT:  U.S. v. Betances and Collado,
 3   assigned to Judge Daniels, and U.S. v. Flores and Dafritas
 4   is assigned to Judge Crotty.
 5              (off the record)
 6              THE CLERK:  United States of America v. Efrain
 7   Antonio Campo Flores and Frankie Francisco Flores Dafritas
 8   (phonetic).  Counsel, state your name for the record.
 9              MR. BRENDAN QUIGLEY:  Good afternoon, Brendan
10   Quigley, Emil Bove, Matthew LaRoche for the United States.
11   We're joined by Special Agent (indiscernible) Brooks of
12   the DEA.
13              THE COURT:  Good evening to you, and everyone
14   in the courtroom maybe seated.  Counsel, you may proceed.
15              MR. JOHN REILLY Good evening, Your Honor, my
16   name is John Reilly.  I'm a partner in the firm of Squire
17   Patton Boggs.  I'm a member of this court.  This evening I
18   want to introduce to Your Honor my partner Rebekah Poston
19   who's a member of our firm.  She practices in Florida.
20   She's a member of the state bar of Florida and the federal
21   district court in the Southern and Middle District of
22   Florida.  And tomorrow I will move her admission pro hac
23   vice, but this evening I request Your Honor's permission
24   to allow Miss Poston to proceed on behalf of Mr. Flores
25   for this proceeding.
```

```
 1                        PROCEEDINGS                       4
 2          THE COURT:   Permission granted.  Welcome, Miss
 3  Poston.
 4          MR. VINCENT SOUTHERLAND:   Good evening, Your
 5  Honor, Federal Defenders by Vincent Southerland on behalf
 6  of Mr. Flores Dafritas.
 7          THE COURT:   All right, good afternoon or good
 8  evening to you, again, Mr. Southerland, and good evening
 9  to both of the defendants.  Let me begin by asking Mr.
10  Quigley, can you tell me when these defendants were
11  arrested please?
12          MR. QUIGLEY:   Yes, Your Honor, the defendants
13  were arrested on Tuesday in Haiti.  They arrived in the
14  district Tuesday night.
15          THE COURT:   And we're here for a presentment
16  but not arraignment in this case, is that correct?
17          MR. QUIGLEY:   That's correct, Your Honor.
18          THE COURT:   All right.  And let me ask, has
19  Judge Crotty scheduled an initial conference in this
20  matter?
21          MR. QUIGLEY:   He has, Your Honor, it's been
22  scheduled for November 18, 2015 at 3 p.m.
23          THE COURT:   November 18 at 3 p.m.
24          MR. QUIGLEY:   Yes, Your Honor.
25          THE COURT:   All right, let me now address
```

```
 1                        PROCEEDINGS                       5
 2   myself to the defendants.  I want to inform you of a
 3   number of rights that you have.  First of all, you have
 4   the right to remain silent.  Anything that you say can be
 5   used against you.  If you have made any statements to the
 6   authorities in the past, you still have the right to
 7   remain silent going forward.  You also have the right to
 8   be represented by an attorney at all proceedings.  If you
 9   cannot afford an attorney, you have the right to request
10   that the Court appoint an attorney for you.
11             And I have a financial affidavit from Mr. Flores
12   Dafritas that you have signed under penalty of perjury.
13   Please be advised that you can be charged with perjury if
14   there are any false statements in this affidavit.  Do you
15   understand that?
16             MR. FLORES DAFRITAS:   I do.
17             THE COURT:   All right, I am going to approve
18   the appointment of counsel for you.  And just to be
19   precise, Miss Poston, I gather you are retained counsel,
20   is that correct?
21             MS. REBEKAH POSTON:   That is correct, Your
22   Honor.
23             THE COURT:   All right, very well.  I have a
24   copy of the superseding indictment in this case.  It's a
25   one-count indictment that charges the defendants with
```

```
 1                         PROCEEDINGS                        6
 2   violations of the federal narcotics laws.  Miss Poston,
 3   have you seen the indictment and had an opportunity to
 4   review it with your client?
 5            MS. POSTON:   I have, Your Honor, as to both.
 6            THE COURT:   And do you waive its public
 7   reading?
 8            MS. POSTON:   I waive its reading.
 9            THE COURT:   Mr. Southerland, the same questions
10   for you.  Have you seen the indictment and had an
11   opportunity to review it with your client?
12            MR. SOUTHERLAND:   I have, Your Honor.
13            THE COURT:   And do you waive its public
14   reading?
15            MR. SOUTHERLAND:   I do.
16            THE COURT:   All right, Mr. Quigley, what is the
17   Government's position with respect to bail as it relates
18   to Mr. Campo Flores?
19            MR. QUIGLEY:   Your Honor, the Government is
20   seeking detention.
21            THE COURT:   And with respect to Mr. Flores
22   Dafritas?
23            MR. QUIGLEY:   Your Honor, the Government's
24   seeking detention.
25            THE COURT:   Do either counsel wish to make an
```

```
 1                         PROCEEDINGS                         7
 2  application at this time?
 3            MS. POSTON:   Not at this time, Your Honor.
 4            MR. SOUTHERLAND:   Not at this time.
 5            THE COURT:   So the defendants will both be
 6  detained on consent without prejudice to a future
 7  application presumably before Judge Crotty unless he
 8  refers such an application back here to magistrate's
 9  court.  What else from the Government, if anything, do we
10  need to address at this time?
11            MR. QUIGLEY:   Nothing else, Your Honor.
12            THE COURT:   Miss Poston, anything else at this
13  time?
14            MS. POSTON:   No, Your Honor.
15            THE COURT:   Mr. Southerland.
16            MR. SOUTHERLAND:   No, Your Honor.
17            THE COURT:   All right, thank you all and have a
18  good evening.
19            (Whereupon, the matter is adjourned.)
20
21
22
23
24
25
```

```
 1                                                                    8
 2                      C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5  transcript of proceedings in the case of United States v.
 6  Flores, Docket #15cr765, was prepared using digital
 7  transcription software and is a true and accurate record of
 8  the proceedings.
 9
10
11
12  Signature_____
13
14  Date:    November 17, 2015
15
16
17
18
19
20
21
22
23
24
25
```