**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

UNITED STATES OF AMERICA

            v.

EFRAIN ANTONIO CAMPO FLORES and
FRANQUI FRANCISCO FLORES DE
FREITAS,

            Defendants.

<u>**NOTICE OF APPEARANCE**</u>

No. 15 Cr. 765 (PAC)

**PLEASE TAKE NOTICE** that Randall W. Jackson of Boies, Schiller & Flexner LLP, hereby enters his appearance as counsel on behalf of Defendant Efrain Antonio Campo Flores in the above-captioned matter.

Dated: New York, New York
        March 8, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Randall W. Jackson
       Randall W. Jackson

575 Lexington Avenue, 7th Floor
New York, New York  10022
T: (212) 303-3650
F: (212) 446-2350
rjackson@bsfllp.com

*COUNSEL FOR DEFENDANT*
*EFRAIN ANTONIO CAMPO FLORES*