UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-


EFRAIN ANTONIO CAMPO FLORES &
FRANQUI FRANCISCO FLORES DE FREITAS,

               Defendants.
-------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 24, 2016

1: 15 Cr. 00765 (PAC)
ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

Due to a change on the Court's calendar, the Pretrial Conference scheduled to go forward on March 29, 2016 is adjourned to: Wednesday, April 6, 2016 at 3:00 p.m. in Courtroom 14C @ 500 Pearl St. The Court excludes the time between March 29, 2016 and April 6, 2016 under the Speedy Trial Act, 18 U.S.C. § 3161(h) (7) (A). Allowing the parties' additional time to consider how to proceed next, as opposed to moving up the March 29 conference date, is in the interests of justice and outweighs the interests of the public and Defendants in a speedy trial.

Dated:  New York, New York
       March 24, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge