# EXHIBIT B

# ADVERTENCIA DE DERECHOS

Lugar ___Lear___
Fecha: ___11-10-15___
Hora: ___5:15 pm___

## Antes de hacerle cualquier pregunta, usted tiene que entender sus derechos:

☑ Usted tiene el derecho de permanecer en silencio.

☑ Cualquier cosa que usted diga puede ser usada en su contra ante un tribunal.

☑ Antes de hacerle cualquier pregunta usted tiene el derecho de consultar un abogado.

☑ Usted tiene el derecho de tener un abogado presente durante el interrogatorio.

☑ De no poder pagar los servicios de un abogado, y si usted lo desea, se le nombrará uno antes de hacerle cualquier pregunta.

¿Ha entendido sus derechos?

¿Esta dispuesto a contestar algunas preguntas?

## RENUNCIA DE DERECHOS

☑ He leido o ☐ se me han leido los derechos arriba mencionados y entiendo cuales son mis derechos. En este momento estoy dispuesto a contestar libre y voluntariamente cualquier pregunta sin la presencia de un abogado.

Firma _____

Testigo: _____

Testigo: _____

Hora: ___5:15 pm___

FORM DEA-13 b(4-06)
Spanish Version