

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 15, 2016

<u>Via ECF and Email</u>
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Email: CrottyNYSDChambers@nysd.uscourts.gov

Re:   <u>United States v. Efrain Antonio Campo Flores, *et ano.*,</u>
<u>S2 15 Cr. 765 (PAC)</u>

Dear Judge Crotty:

The Government writes to inform the Court of additional facts disclosed by Confidential Source-2 ("CS-2") following his testimony during the hearing on September 9, 2016. Specifically, the Government interviewed CS-2 on September 13 and 14, 2016 regarding the individual ("Male-1") who traveled to Caracas, Venezuela with Confidential Source-1 ("CS-1") and CS-2 in October 2015. (*See* Tr. 361-62, 366-67, 390-92). During those post-hearing interviews, CS-2 disclosed, among other things, the following:

- Approximately two or three days before CS-1 and CS-2 flew from Mexico to Caracas at the direction of the Drug Enforcement Administration ("DEA"), CS-2 invited Male-1 to travel with them and agreed to pay for Male-1's expenses during the trip. CS-2 extended the invitation without the authorization of the DEA, and, at least in part, with the expectation that the appearance of an additional person traveling with CS-1 and CS-2 would enhance the defendants' perception of CS-1 and CS-2 as legitimate, capable drug traffickers.

- CS-1, CS-2, and Male-1 flew from Mexico to Caracas together. CS-2 paid for the flights using funds from a payment that he had recently received from the DEA related to another investigation.

Hon. Paul A. Crotty                                                                                     Page 2
September 15, 2016

- Male-1 accompanied CS-1 and CS-2 to each of the three meetings with the defendants at which the pending cocaine transaction was discussed. CS-2 introduced Male-1 as a friend, but understood that the introduction suggested to the defendants that Male-1 was a drug-trafficking associate of CS-1 and CS-2. Male-1 sat in the back of the room during each of the three meetings.

- In Caracas, CS-2 told Male-1 that he would pay Male-1 between approximately $50,000 and $100,000 if the cocaine transaction involving the defendants was carried out successfully.

Notes from the Government's interviews of CS-2 on September 13 and 14, 2016 will be provided today to counsel for the defendants.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Emil J. Bove III
Brendan F. Quigley
Assistant United States Attorneys
(212) 637-2444

Cc:        Defense Counsel
           (Via Email)

           Aaron Goldsmith
           *Counsel for CS-2*
           (Via Email)