DATE:                     November 10, 2015

LOCATION:             Port-au-Prince, Haiti

SOURCE:                video_20151110_104930.avi

PARTICIPANTS:     Efrain Antonio Campo Flores ("**Campo**")
                            Franqui Francisco Flores de Freitas ("**Flores**")
                            Confidential Source-1 ("**CS-1**")

ABBREVIATIONS:   [U/I] - Unintelligible
                            [PH] - Phonetic Spelling
                             //   - Voices Overlap

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| | [BEGINNING OF THE RECORDING] | [COMIENZO DE LA GRABACIÓN] |
| | | |
| Campo: | And for us to go out to everyone [U/I]… | Y para nosotros salirles a todo el mundo [U/I]… |
| | | |
| CS-1: | No, no, no, I understand. No, no, no. | No, no, no, yo entiendo. No, no, no. |
| | | |
| | // | // |
| | | |
| Campo: | … [U/I] then that's… you have to, that is a problem. | … [U/I] entonces eso es… tiene que, eso es un problema. |
| | | |
| CS-1: | If you have, if you have a person, an office and you have those people from [U/I]. | Si usted tiene, si usted tiene una persona, una oficina y tiene esa gente de la [U/I]. |
| | | |
| Campo: | Sure. | Claro. |
| | | |
| CS-1: | With that you can't [U/I]. That, that is be the best thing now. | Con eso no [U/I]. Esa, eso es lo mejor ahorita. |
| | | |
| | // | // |
| | | |
| Campo: | I even… I even have another one to, to contact, who knows who I am… | Incluso te… incluso tengo otro que, que echarle, que sabe quién soy yo… |
| | | |
| CS-1: | But you do kno… you know the problem they have there right now is that there are good groups and bad groups. | Nomás que ya sa… ya sabe el problema que tienen ahorita ahí es que hay grupos buenos y grupos malos. |
| | | |
| Campo: | That's the thing. | Por eso es. |
| | | |
| CS-1: | But if you have already tried out your group with other people and you know that it's good, go down that road. You would avoid problems. | Pero si el grupo suyo usted ya lo ha probado con otra gente y sabe que es bueno, dele por ahí. Se evita un problemas. |
| | | |
| Campo: | No, I know, that's why… yes, we need to go meet another person there. | No, yo sé, por eso… sí, nosotros tenemos que ir a conocer a otra persona ahí. |
| | | |
| CS-1: | Mm-hm. | Ujúm. |
| | | |
| Campo: | But he already knows who we are, I mean… | Pero que él ya sabe quiénes somos nosotros, o sea… |
| | | |

| Participant | | Translation | Transcription |
|---|---|---|---|
| | CS-1: | Mm-hm. | Ujúm. |
| | | | |
| | Campo: | We don't know each other, but he does know who we are and what… | No nos conocemos pero sí sabe quiénes somos y qué… |
| | | | |
| | CS-1: | Yes, O.K. | Sí, O.K. |
| | | | |
| | Campo: | And he is the one who [U/I] a commander for the FARC. | Y él es el que le [U/I] un comandante de las FARC. |
| | | | |
| | CS-1: | What? O.K. | ¿Qué? O.K. |
| | | | |
| | Campo: | And the guy is supposedly a high-ranked one. | Y el loco supuestamente es re duro pues. |
| | | | |
| | CS-1: | Hm, O.K. | Hm, O.K. |
| | | | |
| | Campo: | I don't know who he is exactly, but… | No sé quién él será exactamente, pero… |
| | | | |
| | CS-1: | Right. | Ya. |
| | | | |
| | Campo: | … [U/I] a very serious person. | … [U/I] una persona muy seria. |
| | | | |
| | CS-1: | I know. But, but, and… but who do you deal with there, who do you deal with there? | Ah sí. ¿Pero, pero, y… pero usted con quién trata ahí, con quién trata ahí? |
| | | | |
| | Campo: | No, I don't deal with them directly. | No, yo no trato directo con ellos. |
| | | | |
| | CS-1: | No, with no one but... | No, con nadie pero… |
| | | | |
| | | // | // |
| | | | |
| | Campo: | Because [U/I] no, I have a, a guy… | Porque [U/I] no, yo tengo un, un muchacho… |
| | | | |
| | CS-1: | A middleman. | Un intermediario. |
| | | | |
| | Campo: | No. I placed a person to put me in touch with them. | No. Yo puse una persona que me contacte con ellos. |
| | | | |
| | CS-1: | Put you in touch... O.K. great. | Que le contacte…. O.K. perfecto. |
| | | | |
| | Campo: | Because that's a problem. | Porque eso es un problema. |
| | | | |

3