DATE:                         October 23, 2015

LOCATION:                     Caracas, Venezuela

SOURCE:                       video 20151023_211223.avi

PARTICIPANTS:                 Efrain Antonio Campo Flores ("**Campo**")
                              Franqui Francisco Flores de Freitas ("**Flores**")
                              Confidential Source-1 ("**CS-1**")
                              Confidential Source-2 ("**CS-2**")

ABBREVIATIONS:                [U/I] - Unintelligible
                              [PH] - Phonetic Spelling
                                //  - Voices Overlap

1

| | Participant | Translation | Transcription |
|---|---|---|---|
| | **Participant** | **Translation** | **Transcription** |
| | CS-1: | … tell you one thing… if you send me the first one… and you send me the second one… and when I need the third one… you send me the first one and the second one… I'll send you a really big check for your mother… with all due respect, so that you can use it as needed and we can start discounting it with work… | … decir una cosa… si usted me manda el primero… y el segundo me lo manda… y cuando yo necesito el tercero… usted me manda el primero y el segundo… yo le mando un chequesón para su madre… con todo el respeto, para lo que ocupe y lo vamos descontando con trabajo… |
| | | | |
| | Campo: | Yes, because I need… | Sí, porque necesito… |
| | | | |
| | CS-1: | … for the campaign…… because right now the campaign is more important, and because if you win the campaign… I'm going to continue… | … para la campaña…… porque ahorita es más importante la campaña, y porque si gana usted la campaña… yo voy a seguir… |
| | | | |
| | | // | // |
| | | | |
| | Campo: | [U/I] you... | [U/I] tú… |
| | | | |
| | CS-1: | … working. | … trabajando. |
| | | | |
| | Campo: | … have a guaranteed presidency until three years from now… | … tienes una presidencia segura hasta dentro de tres años… |
| | | | |
| | CS-1: | Of course! | ¡Claro! |
| | | | |
| | Campo: | … which is when the elections take place, but, what happens? That… we want to take possession again of the… National Assembly and several… several places with power… | … que son las elecciones... pero, ¿qué pasa? Que… queremos volver a tomar posesión de… la Asamblea Nacional y varios… varios sitios de poder… |
| | | | |
| | CS-1: | And… | Y… |
| | | | |
| | Campo: | … that… | … que… |
| | | | |
| | CS-1: | … that have been there for the [U/I]. | … que han estado ahí de la [U/I]. |
| | | | |
| | Campo: | … that… that we haven't… haven't lost… but we don't want to lose them. | … que… que no… no hemos perdido… pero no se quieren perder. |
| | | | |
| | CS-1: | In Mexico… | En México… |
| | | | |
| | | // | // |
| | | | |

| Participant | Translation | Transcription |
|---|---|---|
| Campo: | Do you… | ¿Sí me… |
| | | |
| CS-1: | … [U/I]. | … [U/I]. |
| | | |
| Campo: | … understand me? | … entiende? |
| | | |
| CS-2: | Key places. | Puntos clave. |
| | | |
| Campo: | Of course key places that, that… | Claro. Puntos clave que, que… |
| | | |
| CS-1: | Listen… | Oiga… |
| | | |
| Campo: | … we don't want to… | … no se quieren… |
| | | |
| CS-2: | In Mexico [U/I]… | En México [U/I]… |
| | | |
| | // [U/I] | // [U/I] |
| | | |
| Campo: | I'll [U/I] for you. | Yo se lo [U/I]. |
| | | |
| | // [U/I] | // [U/I] |
| | | |
| Campo: | We put them in jail over here. | Acá los metemos presos. |
| | | |
| CS-2: | I send them an order of [U/I]… | Yo le mando una orden [U/I]… |
| | | |
| Campo: | No, here… | No, acá… |
| | | |
| CS-2: | … [U/I]. | … [U/I]. |
| | | |
| Campo: | … we send them to jail for fifteen years. | … los metemos presos por quince años. |
| | | |
| CS-2: | [U/I] to me [U/I]… | [U/I] se me [U/I]… |
| | | |
| Campo: | [U/I]. | [U/I]. |
| | | |
| CS-2: | … [U/I]. | … [U/I]. |
| | | |
| Campo: | [Laughs] | [Se ríe] |
| | | |
| CS-2: | I [U/I]. [Laughs] | Yo [U/I]. [Se ríe] |
| | | |
| Campo: | Fine and then… | Bueno, y entonces… |
| | | |
| CS-2: | [Laughs] | [Se ríe] |
| | | |
| Campo: | … there are several… | … hay varios… |

3

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| CS-2: | [Laughs] | [Se ríe] |
| | | |
| Campo: | … several… several places where… | … varios… varios puntos… donde… |
| | | |
| CS-2: | [Clears throat] | [Carraspea] |
| | | |
| Campo: | … we are being attacked a lot. Do you understand? | … nos están atacando mucho. ¿Sí me entiende? |
| | | |
| CS-1: | Now if… | Ya si… |
| | | |
| | // | // |
| | | |
| Campo: | And… | Y… |
| | | |
| CS-1: | … understand. | … entiendo. |
| | | |
| Campo: | … then, for example… the National Assembly… my mother did an excellent job when she was there. A very excellent job. The people love her. The very employees… those people love her. The people love her because she did a very transparent job… and then since… there is the possibility that… that something could be lost over there, she went in there again. | … entonces por ejemplo… la Asamblea Nacional… mi mamá hizo un trabajo muy excelente cuando estuvo allí. Un trabajo muy excelente. La gente la ama. Los mismos trabajadores de… esa gente la ama. El pueblo la ama porque hizo un trabajo súper transparente… y entonces como… existe la posibilidad de que… se… se pudiese perder algo allí, se metió allá otra vez. |
| | | |
| CS-1: | Of course! | ¡Claro! |
| | | |
| Campo: | Since she is running again, the people trust already… | Al meterse ella otra vez, ya la gente confía… |
| | | |
| | // | // |
| | | |
| CS-1: | [U/I]. | [U/I]. |
| | | |
| Campo: | … and she'll gain control of that… again. | … y vuelve a tomar el control de eso… nuevamente. |
| | | |
| CS-1: | We are in command. | Estamos en mando. |
| | | |

| | Participant | Translation | Transcription |
|---|---|---|---|
| | Campo: | So… But we need the money. Why? Because the Americans are hitting us hard with money. Do you understand? The opposition… is getting an infusion of a lot of money… | Entonces… Pero necesitamos la platita. ¿Por qué? Porque los gringos nos están inyectando duro con plata. ¿Me entiende? A la oposición… están inyectando duro con plata… |
| | | | |
| | CS-1: | That's where they have to be hit. | Ahí es donde hay que pegarles. |
| | | | |
| | Campo: | … and so… it's also us… that's why we are at war with them. | … y entonces… también nosotros… por eso es que le estamos haciendo la guerra. |
| | | | |
| | CS-1: | Of course. No, no, no… | Claro. No, no, no… |
| | | | |
| | | // [U/I] | // [U/I] |
| | | | |
| | CS-1: | … no. | … no. |
| | | | |
| | Flores: | [U/I] is not good for us. | [U/I] no nos conviene. |
| | | | |
| | CS-1: | Of course. | Claro. |
| | | | |
| | Campo: | And it's not that we… It's not that… It's just that… | Y no es que nosotros… No es que… sino que… |
| | | | |
| | CS-1: | [U/I]… | [U/I]… |
| | | | |
| | CS-1: | We… | Nosotros… |
| | | | |
| | Campo: | … we are always trying...trying… | … siempre trata… tratamos de… |
| | | | |
| | | // [U/I] | // [U/I] |
| | | | |
| | CS-1: | … we're up for the fight. | … estamos para pelear. |
| | | | |
| | Campo: | … we try to, to… | … tratamos de, de… |
| | | | |
| | CS-1: | We… | Nosotros… |
| | | | |
| | | // [U/I] | // [U/I] |
| | | | |
| | Campo: | … that… all of the… | … de que… toda la… |
| | | | |
| | CS-1: | … we're going… [U/I]. | … vamos… [U/I]. |
| | | | |
| | Campo: | … [U/I]… | … [U/I]… |
| | | | |

| Participant | Translation | Transcription |
|---|---|---|
| CS-1: | In regards to us… in regards to… | A lo que nosotros… a lo que… |
| | | |
| Campo: | … money. Do you understand? | … plata. ¿Me entiendes? |
| | | |
| CS-1: | … whoever is useful to us… and who we see a future with. In Colombia, we have sent fifty million dollars when the elections happen and they go according to plan because we know that if… that if, that if our guy wins… | … a quien nos sirve… y a quien nosotros vemos un futuro. Nosotros, en Colombia, hemos mandado cincuenta millones de dólares cuando vienen las elecciones y van como plan porque sabemos que si… que sí, que si gana el nuestro… |
| | | |
| | [In background: noises] | [Al fondo: ruidos] |
| | | |
| CS-1: | Yes. | Sí. |
| | | |
| CS-1: | …Colombia is ours. | …Colombia es nuestro. |
| | | |
| Campo: | Of course. | Claro. |
| | | |
| CS-1: | Unfortunately, in recent years we haven't been able to do that, nor have we wanted to do that… because of a situation… that no one keeps their word. | Desgraciadamente los últimos años ya no hemos podido hacer eso, ni hemos querido hacer eso… por una situación… que se acabaron las palabras. |
| | | |
| Campo: | Of course. | Claro. |
| | | |
| CS-1: | So we no longer… | Entonces ya no… |
| | | |
| | // | // |
| | | |
| Campo: | And the problems start [U/I]… | Y empiezan los problemas [U/I]. |
| | | |
| CS-1: | …we can trust… and it's a lot of stealing, so we are not going to throw away... | … podemos confiar… y es un robadero entonces no vamos a tirar…. |
| | | |
| | // | // |
| | | |
| Campo: | The problems start. | Empiezan los problemas. |
| | | |
| CS-1: | Our money has cost us... like the sacrifice has cost you as well… | Nuestro dinero nos ha costado, como le ha costado el sacrificio… |
| | | |
| Campo: | No… | No… |
| | | |

| | Participant | Translation | Transcription |
|---|---|---|---|
| | | // | // |
| | | | |
| | CS-1: | … you guys. | … ustedes. |
| | | | |
| | Campo: | … no, no. | … no, no. |
| | | | |
| | CS-1: | You guys are… | Están en… |