DATE:                October 23, 2015

LOCATION:            Caracas, Venezuela

SOURCE:              video 20151023_211223.avi

PARTICIPANTS:        Efrain Antonio Campo Flores ("**Campo**")
                     Franqui Francisco Flores de Freitas ("**Flores**")
                     Confidential Source-1 ("**CS-1**")
                     Confidential Source-2 ("**CS-2**")

ABBREVIATIONS:       [U/I] - Unintelligible
                     [PH] - Phonetic Spelling
                        //  - Voices Overlap

1

| Participant | Translation | Transcription |
|---|---|---|
| Campo: | Mm-hm | Ujúm. |
| | | |
| CS-1: | … people whose names do not need to be mentioned… uh, in… in Guate… Guatemala… in Panama, where I have people. I have them concentrating on the merchandise. Here, with you, this has to be a very special case. With you it has to be a very special case… because of the… because… because… because of that internal war you're in with the Americans, and we have to be very careful… | … gente que no tiene caso nombrar… eh, en… en Guate…  Guatemala… en Panamá, en donde tengo gente. Las tengo concentradas para cuestión de la mercancía. Aquí, con usted, tiene que ser un caso muy especial. Con usted tiene que ser un caso muy especial… por la… por… por… por esa guerra interna que está con los americanos, y que tenemos que tener mucho cuidado… |
| | | |
| Campo: | It allows us… | Nos deja… |
| | | |
| CS-1: | … and I'm… | … y a mí… |
| | | |
| Campo: | … to arrive… | … llegar… |
| | | |
| CS-1: | … interested… | … interesa… |
| | | |
| Campo: | … with the… | … con los… |
| | | |
| CS-1: | … you… | … usted… |
| | | |
| Campo: | … Americans. | … americanos. |
| | | |
| CS-1: | … whatever happens… [U/I]… | … pase lo que… [U/I]… |
| | | |
| Campo: | We have a… | Le tenemos… |
| | | |
| CS-1: | … [U/I]. | … [U/I]. |
| | | |
| Campo: | … war with the Americans… | … guerra con los americanos… |
| | | |
| CS-1: | In… | En… |
| | | |
| Campo: | … with the opposition. Today we are at war with our brother country… | …con la oposición. Hoy le tenemos guerra con el hermano país… |
| | | |
| CS-2: | [U/I]… | [U/I]… |
| | | |
| Campo: | … with… | … con… |
| | | |
| | | |
| CS-2: | [U/I]… | [U/I]… |

| Participant | Translation | Transcription |
|---|---|---|
| | | |
| Campo: | … the government of the brother… | … el gobierno del hermano… |
| | | |
| | // | // |
| | | |
| CS-2: | … [U/I]… | … [U/I]… |
| | | |
| Campo: | … country that has its border… | … país que tiene la frontera… |
| | | |
| CS-1: | Excuse me? | ¿Mande? |
| | | |
| Campo: | … closed. | … cerrada. |
| | | |
| Flores: | But the DEA is not here. | Pero aquí no está la DEA. |
| | | |
| CS-1: | That's why I'm… | Por eso estoy… |
| | | |
| | // | // |
| | | |
| Campo: | No… | No… |
| | | |
| CS-1: | … here [U/I]. [Chuckles] | … aquí [U/I]. [Carcajea] |
| | | |
| Campo: | … they don't come in here. | … acá no entran. |
| | | |
| CS-1: | No… | ¡No… |
| | | |
| Campo: | Here… | Acá … |
| | | |
| CS-2: | [U/I]. | [U/I]. |
| | | |
| CS-1: | … no! | … no! |
| | | |
| Campo: | … Americans don't come in… | … no entran los gringos… |
| | | |
| CS-1: | I'm… | Yo… |
| | | |
| Campo: | … [U/I]. | … [U/I]. |
| | | |
| CS-1: | … all in. | … vengo decidido. |
| | | |
| Campo: | That's… | Eso… |
| | | |
| CS-2: | [U/I]… | [U/I]… |
| | | |
| | | |

| | Participant | Translation | Transcription |
|---|---|---|---|
| | Campo: | …That's true. We are at war with everyone, but we don't let anyone come in here. | … Eso sí. Tenemos guerra con todo el mundo, pero aquí nosotros no dejamos entrar a nadie. |
| | | | |
| | CS-1: | O.K. | O.K. |
| | | | |
| | | // [U/I] | // [U/I] |
| | | | |
| | CS-1: | O.K. | O.K. |
| | | | |
| | Campo: | But we're at war with the United States… with Colombia… with the opposition. I mean… this is… this is a [U/I]… | Pero tenemos guerra con los Estados Unidos… con Colombia… con la oposición. O sea… esto es… esto es de [U/I]… |
| | | | |
| | CS-1: | So… Do you have the means, of grabbing the work? | Entonces… ¿Usted tiene la manera del trabajo, agarrarlo… usted… del trabajo? |
| | | | |
| | Campo: | What do you mean by, "grabbing it"? | ¿Cómo así, "agarrarlo"? |
| | | | |
| | CS-1: | Well, uh, uh… that it doesn't have to be work… to… We are not going to allow… What I want is to stop, stop using so many people… and making so many people responsible. | Pues, eh, eh… que no tenga que ser trabajo… Para… No vamos a dejar… Yo, lo que quiero es dejar de, de… de utilizar a tanta gente… y de responsabilizar a tanta gente. |
| | | | |
| | Flores: | We don't… | Nosotros no… |
| | | | |
| | CS-1: | I would like it better, if you have the work… | A mí me gustaría mejor, si usted tiene el trabajo… |
| | | | |
| | Campo: | Mm-hm. | Ujúm. |
| | | | |
| | CS-1: | … you have the departure… | …usted tiene la salida… |
| | | | |
| | Campo: | Yes. | Sí. |
| | | | |
| | | [In background: noises] | [Al fondo: ruidos] |
| | | | |