Cbrkhen1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

              v.                         11 Cr. 93 (JSR)

SIAVOSH HENAREH,

               Defendant.

------------------------------x

                                     November 27, 2012
                                     9:55 a.m.

Before:

                    HON. JED S. RAKOFF

                                   District Judge

                     APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
BENJAMIN NAFTALIS
RACHEL KOVNER
    Assistant United States Attorneys

PRYOR CASHMAN LLP
    Attorneys for Defendant
ROBERT W. RAY
MADELON A. GAUTHIER

Also present:  PAUL LARSEN, DEA
                JENNIFER HANSMA, Legal Assistant
                JAMES IRANI, Farsi Interpreter
                MAMAD SHIRAZI, Farsi Interpreter

Cbrkhen1

conspiracy.  Thus, you need not find that the conspirators actually imported heroin into the United States but only that there was an agreement to do so.

As to the quantity of heroin involved in the alleged conspiracy, it is sufficient if you find that an object of the conspiracy was to import any quantity of heroin into the United States, however small.  Nor does a substance containing heroin need to be pure.  It is sufficient if you find that an object of the conspiracy was to import a substance containing any amount of heroin.  If, however, you find the defendant guilty, you will also be asked to determine beyond a reasonable doubt the quantity of substances containing heroin that the conspirators agreed to import, whether or not they actually imported that amount.  Specifically, you will then indicate in your verdict form whether the quantity of substances containing heroin that they intended to import was (a) one kilogram or more, (b) -- it should say -- no, I'm sorry, (a) one kilogram or more, (b) more than 100 grams but less than one kilogram, or (c) less than 100 grams.  That's right.

While it is charged that the alleged conspiracy began on or about June 2010 and continued up to on or about July 2011, it is not essential that the government prove that the conspiracy started and ended on those specific dates or that it existed throughout that period.  Rather, it is sufficient to satisfy the first element that you find that in