64

1ACUEZE1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

      v.                                    10 CR 669(DLC)

CHIDI EZEOBI,

          Defendant.

------------------------------------x

                              New York, N.Y.
                              October 12, 2011
                              9:15 a.m.

Before:

                  HON. DENISE L. COTE

                              District Judge
                               and a Jury

                    APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
BY:  CARRIE H. COHEN
     SHANE T. STANSBURY
     Assistant United States Attorneys

VINSON & ELKINS, LLP
     Attorneys for Defendant
BY:  RITA M. GLAVIN
     ARMITA S. COHEN
     BENJAMIN TIEVSKY

      SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

1214

1AKUEZE2                    Rebuttal - C. Cohen

Three involved cocaine, then you must determine what quantity of cocaine of the conspiracy involved:

Did the government prove beyond a reasonable doubt that the conspiracy involved 5 kilograms or more of cocaine?

If not, did the government prove beyond a reasonable doubt that the conspiracy involved 500 grams or more of cocaine?

Two Count charges the defendant with participating in a conspiracy to import a controlled substance.  In order to find the defendant guilty of the conspiracy charged in Count Two, you must find that the government has proven beyond a reasonable doubt each of the following elements of the crime:

That the conspiracy charged in Count Two existed -- that is, an agreement or understanding between two or more persons existed from in or about 2005 up to and including 2008 to import a controlled substance.  To import a controlled substance means to bring a substance into the United States from someplace outside the United States.

Second, that the defendant intentionally and knowingly became a member of the conspiracy.  The government must show that the defendant knew that the object of the conspiracy was to import a controlled substance and that he joined that conspiracy as something he wished to bring about.

I have already charged you on the law regarding the existence of conspiratorial agreement and membership of the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1215
1AKUEZE2                    Rebuttal - C. Cohen

conspiracy and you must use those same descriptions of the law here.

If you find that the government has proven beyond a reasonable doubt that the defendant is guilty of the crime charged in Count Two then there are two more sets of issues you must decide -- the identity of the controlled substance and the drug quanity.

First, you must decide whether the government has proven beyond a reasonable doubt that the controlled substance involved in the conspiracy charged in Count Two was heroin.

Second, if you find that the conspiracy charged in Count Two involved heroin then you must decide what quantity of heroin the conspiracy involved:

Did the government prove beyond a reasonable doubt the conspiracy involved 1 kilogram or more of heroin?

If not, did the government prove beyond a reasonable doubt that the conspiracy involved 100 grams or more of heroin?

Count Four charges the defendant with participated in a conspiracy export a controlled substance.  In order to find the defendant guilty of the conspiracy charged in Count Four, you must find that the government has proven beyond a reasonable doubt each of the following elements of the crime:

First, that the conspiracy charged in Count Four existed -- that is, an agreement or understanding between two or more persons existed from in or about 2005 up to and