F326eps1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA,

          v.                                    12 Cr. 120 RJS

NICOLAS EPSKAMP, a/k/a
Sealed Defendant 2,

              Defendant.

------------------------------x

                                 March 2, 2015
                                 9:30 a.m.

Before:

                HON. RICHARD J. SULLIVAN,

                                 District Judge
                                  and a jury

                      APPEARANCES

PREET BHARARA,
    United States Attorney for the
    Southern District of New York
SHANE T. STANSBURY,
IAN PATRICK McGINLEY,
ANNA MARGARET SKOTKO,
    Assistant United States Attorneys

LAW OFFICE OF LONDON & ROBIN,
    Attorneys for defendant Epskamp
IRA D. LONDON, Esq.
AVROM JEROME ROBIN, Esq.
             Of counsel

Also Present:
    JOSEPH THOMPSON, Special Agent DEA
    BRANDON DeSHIELDS, Paralegal U.S. Attorney's Office
    JENNIFER HANSMA, Paralegal U.S. Attorney's Office
    YEKATERINA FOMITCHEVA, Paralegal London & Robin

Case 1:15-cr-00765-PAG    Document 121-4   Filed 11/14/16   Page 2 of 3    756
Case 1:12-cr-00120-RJS    Document 196-1   Filed 05/18/15   Page 119 of 154

F329EPS4                     Charge

government need not prove the purity of that drug, however --

any mixture or substance containing a detectable amount of

cocaine is sufficient.

If you conclude unanimously that the government has

failed to prove beyond a reasonable doubt that the defendant

was involved with cocaine in Counts One and/or Count Two, you

will check no in response to the question on the verdict form.

If, on the other hand, you conclude unanimously that the

government has proved beyond a reasonable doubt that the

defendant was involved with cocaine in Counts One and Two,

and/or Count Two, then you will check yes in response to that

question on the verdict form and move on to the issue of

quantity.

If you find that the defendant was involved with

cocaine, you must then determine the quantity of cocaine with

which the defendant was involved.

You need not determine the precise quantity.  Instead,

if you reach the question of quantity, indicate on the verdict

form whether the government has established beyond a reasonable

doubt that the defendant had personal involvement with, or it

was reasonably foreseeable to the defendant that the crimes in

Count One and/or Count Two involved either 5 kilograms or more

of cocaine; or 500 grams or more, but less than 5 kilograms of

cocaine.  Those will be the two quantities you're asked to

consider.

F329EPS4                       Charge

The verdict form that I will provide you with will have a place where you can answer these questions.  Your finding on quantity must be unanimous in the sense that all of you must agree that the defendant was involved with at least the quantity that you indicate.

Now, in making your determination about the type and quantity of any controlled substance with which the defendant was involved, you should include whatever type and quantity of controlled substance were involved in any of the acts in which the defendant personally and directly participated.  That is, if you find that the defendant personally and directly participated in a jointly undertaken drug transaction, he is responsible for the full quantity of drugs involved in that transaction, whether or not he knew the specific type or quantity involved in the transaction.

In making your determination about the type and quantity of controlled substances with which the defendant was involved, you should also include any controlled substances associated with any coconspirators of the defendant, as long as the type and quantity were either known to the defendant or reasonably foreseeable to him, and within the scope of the criminal activity that he jointly undertook.

Now in addition to all of the elements of the charges that I have described for you, you must decide separately whether, as to each Count, Counts One and Two, there is