1

F7kQvie1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA

        v.               14 CR 83 (ER)

WIGBERTO VIERA

         Defendant
------------------------------x

                 New York, N.Y.
                 July 20, 2015
                 9:30 a.m.

Before:

          HON. EDGARDO RAMOS
                 District Judge

          APPEARANCES

PREET BHARARA
    United States Attorney for the
    Southern District of New York
MAX C. NICHOLAS
TATIANA R. MARTINS
    Assistant United States Attorney

STAMPUR & ROTH
    Attorney for Defendant
JAMES M. ROTH

SIMON & PARTNERS LLP
    Attorney for Defendant
KENNETH C. MURPHY

702

F7NHVIE7                    Charge

of knowledge on his part.  To have guilty knowledge, the
defendant need not have known the full extent of the conspiracy
or all of its objectives or all of its participants.  It is not
even necessary that the defendant know every other member of
the conspiracy.  In fact, a defendant may know only one other
member of the conspiracy and still be a coconspirator.  Nor is
it necessary that a defendant receive any monetary benefit from
participating in the conspiracy or have a financial stake in
the outcome, so long as he in fact participated in the
conspiracy in the manner I have explained with knowledge of its
objectives and with the intent to further its objectives.

If, and only if, you find that the government has
proved beyond a reasonable doubt that the defendant is guilty
of participating in a conspiracy that involved cocaine or
heroin, then you must determine the quantity of cocaine or
heroin that the conspiracy involved.

You need not determine the precise quantity.  Instead,
if you reach a question of quantity with respect to cocaine,
indicate on the verdict form whether the government established
beyond a reasonable doubt that the conspiracy involved either
5 kilograms or more of cocaine or 500 grams or more of cocaine.
Similarly, with respect to heroin, indicate on the verdict form
whether the government has established beyond a reasonable
doubt that the conspiracy involved either 1 kilogram or more of
heroin or 100 grams or more of heroin.  The verdict form that I

703

F7NHVIE7                    Charge

will submit to you will have a place where you can answer those questions.

Your finding on quantity must be beyond a reasonable doubt.  In addition, it must be unanimous in the sense that all of you must agree that the conspiracy involved at least a quantity that you indicate.  Thus, for example, if all of you agree that the conspiracy involved five kilograms or more of mixtures and substances containing a detectable amount of cocaine, you should indicate 5 kilograms or more of cocaine.  If, however, some jurors conclude that the conspiracy involved 5 kilograms or more of cocaine and the rest of the jurors conclude that it involved between 500 grams and 5 kilograms of cocaine, you may not indicate that the conspiracy involved 5 kilograms or more.  Under those circumstances, however, you may indicate at least 500 grams of cocaine, because all of you would be in agreement that the conspiracy involved at least 500 grams of cocaine.  If you conclude that the government has not proved the conspiracy involved at least 500 grams of cocaine, then you may indicate that on the verdict form.

In making your determination about the type and quantity of any controlled substance involved in the conspiracy charged in Count One, a defendant is responsible for all quantities of narcotics that he personally distributed or possessed with intent to distribute.  In addition, a defendant is also responsible for any quantity of narcotics distributed