

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 16, 2016

Via ECF & Email
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Email: CrottyNYSDChambers@nysd.uscourts.gov

      Re:    <u>United States v. Campo Flores, *et ano.*</u>,
              S5 15 Cr. 765 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter in opposition to the defendants' November 16, 2016 motion to "preclude the Government from introducing or making any argument" related to GXs 607-610 (the "Exhibits"). Dkt. No. 130. For the reasons set forth below, the defendants' motion should be denied.

      *First*, the Exhibits were already admitted at trial during the testimony of Dan Ogden, pursuant to a stipulation and without further objection from the defense. Tr. 791; GX 1000 (stipulation). Therefore, the defendants' objections are untimely and waived.

      *Second*, the defendants place undue focus on Julian Pacheco Tinoco ("Pacheco") in their analysis of the probative value of the Exhibits. The references to Cesar Orlando Daza Cardona ("Daza") in GXs 608-610,[1] which date back to at least September 30, 2015, are highly probative of the defendants' guilt. During the defendants' confessions, each identified a co-conspirator named "Negrito," or "Flaco," who facilitated their participation in the offense. *See* GXs 2001, 2003. As Special Agent Gonzalez explained, this man was subsequently identified by the Government as Daza. Tr. 180, 211. Daza was present at the defendants' October 3, 2015 meeting with Sentado. Tr. 180; GX 110. Just prior to that meeting, on October 2, Campo communicated with Daza, who used a WhatsApp Messenger account with screen name "Negrito Nico," regarding

---

[1] GX 607 reflects the subscriber information for the iCloud account from which GXs 608-610 were obtained, and does not reference Pacheco. The defendants' untimely objection to this document is puzzling. At minimum, this Exhibit tends to show that Campo was the user of the Samsung mobile device in evidence as GX 100.

Hon. Paul A. Crotty    Page 2
Nov. 16, 2016

the defendants' trip to Honduras to meet with Sentado. GX 409-T at 2-3. And Daza also participated in Flores's November 6, 2015 meeting with Roberto de Jesus Soto Garcia, Sentado, and Juan Gomez (CS-3). Tr. 211; *see also* GX 66.

Therefore, in the context of this record, the references to Daza in the Exhibits are relevant, to say the least, because they tend to prove the identity of one of the co-conspirators that the defendants described in their confessions, and to rebut defenses that the defendants have already presented to the jury relating to entrapment, intent, and the accuracy of Special Agent Gonzalez's recollection and records of their post-arrest statements. Specifically, GX 608 indicates that Campo knew Daza—including the alias Flaco that both defendants described in their confessions—prior to the defendants' trip to Honduras, during which they now claim that they were entrapped by Sentado. GX 609, which is dated October 3, 2015 at 10:45 p.m. and refers to Daza's full name, suggests that Campo learned of this additional information when he met with Daza in person outside of San Pedro Sula. And GX 610, which is dated October 27, 2015, also includes an additional telephone number for Daza with the 504 Honduras country code, Tr. 147, which suggests that he remained in contact with Daza as the conspiracy continued.

*Finally*, GXs 607 and 608 do not reference Pacheco. Insofar as the references to Pacheco in GXs 609 and 610 now present concerns under Rule 403 that were not expressed by the defense at the time these Exhibits were offered, the Government will redact those references to Pacheco in the Exhibits and not make arguments relating to Pacheco.

                                                Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney

By: _____
     Emil J. Bove III
     Brendan F. Quigley
     Assistant United States Attorneys
     (212) 637-2444 / 2190

Cc:       Defense Counsel
           (Via Email)