UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
-*against*- : S5 15 Cr. 765 (PAC)
:
EFRAIN ANTONIO CAMPO FLORES, and : **VERDICT FORM**
FRANQUI FRANCISCO FLORES DE :
FREITAS, :
:
*Defendants.* :
---------------------------------------------------------X

Please indicate your unanimous answers to the questions below. Do not write anything on this form, except to check a response or to sign and date the form.

Count One: Conspiracy to (i) import cocaine into the United States, or (ii) manufacture and distribute cocaine, knowing and intending that it would be imported into the United States.

1. How do you find defendant Efrain Antonio Campo Flores?

   Not guilty _____     Guilty __✓__

2. How do you find defendant Franqui Francisco Flores de Freitas?

   Not guilty _____     Guilty __✓__

Dated: New York, New York
       November __, 2016

_____
Signature of Foreperson

_____
Print Name